FORM ordsmtx (11/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

In Re: Lagia Renee Creamer
    SSN/ITIN: xxx−xx−4427
    Debtor

Bankruptcy Case No.: 20−30009−KKS

Chapter: 13
Judge: Karen K. Specie

### ORDER DISMISSING CASE FOR FAILURE TO COMPLY
### WITH ORDER TO SHOW CAUSE ( Doc. # 7 )

    On January 6, 2020, the debtor(s) filed a Voluntary Chapter 13 Petition without the Creditor Mailing Matrix required by 11 U.S.C. § 521(a)(1)(A), Fed. R. Bankr. P. 1007(a)(1), and N.D. Fla. LBR 1007−2. On January 7, 2020, this Court issued an Order to Show Cause ( Doc. # 7 ) granting the debtor(s) fourteen (14) days to show cause as to why this case should not be dismissed for failure to file the required Creditor Mailing Matrix. The debtor(s) has failed to file the Creditor Mailing Matrix or show cause why this case should not be dismissed. For this reason, it is

    ***ORDERED***:

1. This case is DISMISSED.

2. The Court will not entertain a Motion for Reconsideration of this Order of Dismissal unless all fees are paid at the time the Motion is made.

3. The debtor(s) is directed to immediately remit any unpaid filing fees, if due. The debtor must remit all past due sums to the Clerk before filing a new petition. The Clerk is authorized to refuse to accept any petition until all prior fees due are paid in full. The Court retains jurisdiction to collect all unpaid fees and the Clerk is directed to pursue all available avenues to ensure fees are collected.

4. All pending hearings are cancelled.

    ***DONE AND ORDERED*** on January 27, 2020.

    /s/ Karen K. Specie
    Karen K. Specie
    U.S. Bankruptcy Judge

**Service:** Service by the Court to all creditors and parties in interest